IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL PROPANE GAS ASSOCIATION<br>1150 17th Street, N.W., Suite 310<br>Washington, DC 20036-4623; and<br><br>GORHAMS', INC., d/b/a NORTHWEST GAS<br>1608 N.W. 4th Street<br>Grand Rapids, MN 55744-2103,<br><br>      Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Washington, DC 20528; and<br><br>The Honorable MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security<br>Washington, DC 20528,<br><br>      Defendants. | Case No.<br><br>Judge:<br><br><br>ADMINISTRATIVE AGENCY REVIEW |

## CERTIFICATION OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs The National Propane Gas Association and Gorhams', Inc., doing business as Northwest Gas, certify that to the best of my knowledge and belief, neither entity is a parent company, subsidiary or affiliate of any entity which has outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATED this 16th day of January, 2008.

GALLAGHER & KENNEDY, P.A.

By: _____
Chris S. Leason
DC Bar No. 443588
2575 E. Camelback Road
Phoenix, AZ 85016-9225
Telephone: (602) 530-8059
Facsimile: (602) 530-8500
csl@gknet.com

1760075