IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
THE NATIONAL PROPANE :
GAS ASSOCIATION, et al., :
:
                    Plaintiffs, :
:      Civil Action No.
- against - :
:      1:08-CV-99 (RWR)
THE DEPARTMENT OF :
HOMELAND SECURITY, et al., :
:
                    Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants Department of Homeland Security and Secretary Michael Chertoff.

Dated: January 18, 2008

*Elizabeth Jay Kelhoffer*
ELIZABETH JAY KELHOFFER
D.C. Bar Number 476896
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 514-4964
Fax: (202) 616-8202

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., N.W., Room 7324
Washington, D.C. 20001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE NATIONAL PROPANE
GAS ASSOCIATION, et al.,

                Plaintiffs,

   - against -

THE DEPARTMENT OF
HOMELAND SECURITY, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.

1:08-CV-99 (RWR)

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.3, I hereby certify that on January 18, 2008, I served my Entry of Appearance on the Plaintiffs via the Court's ECF system.

_____
ELIZABETH JAY KELHOFFER