IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL PROPANE GAS ASSOCIATION; and<br><br>GORHAMS', INC., d/b/a NORTHWEST GAS,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; and<br>The Honorable MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security,<br><br>Defendants. | Case No. 1:08-CV-99 (RWR)<br><br>ADMINISTRATIVE AGENCY REVIEW |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, Jerald C. Thompson, respectfully petition the Court for admission *pro hac vice* in the above-captioned case and declare as follows:

(1)   My full name is Jerald Clive Thompson.

(2)   My office address and telephone number are:

> GALLAGHER & KENNEDY, P.A.
> 2575 E. Camelback Road
> Phoenix, Arizona 85016-9225
>
> (602) 530-8110

(3)   I am admitted to practice before the Supreme Court of the State of Arizona; the United States District Court for the District of Arizona; and the United States Court of Appeals for the Ninth Circuit.

1760800v1/21429-0003

(4) On May 3, 2004, I was administered an Informal Reprimand by the State Bar of Arizona for advising a Virginia corporation "in order to protect the interests of [my] client." A copy of the Order of Informal Reprimand and Costs is attached to this Declaration.

(5) I have not been admitted *pro hac vice* in this Court within the last two years.

(6) I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of January, 2008.

GALLAGHER & KENNEDY, P.A.

By: _____
Jerald C. Thompson, Applicant
2575 E. Camelback Road
Phoenix, AZ 85016-9225
Telephone: (602) 530-8110
Facsimile: (602) 530-8500
jerry.thompson@gknet.com

By: _____
Chris S. Leason, Sponsor
DC Bar No. 443588
2575 E. Camelback Road
Phoenix, AZ 85016-9225
Telephone: (602) 530-8059
Facsimile: (602) 530-8500
csl@gknet.com

BEFORE THE PROBABLE CAUSE PANELIST
OF THE STATE BAR OF ARIZONA

MAY 03 2004

| | | |
|---|---|---|
| IN THE MATTER OF A MEMBER OF THE STATE BAR OF ARIZONA, | ) ) ) | No. 03-1974 |
| **JERALD C. THOMPSON,** Bar No. 009324 | ) ) ) ) | **ORDER OF INFORMAL REPRIMAND AND COSTS** |
| Respondent. | ) ) | |

The undersigned Probable Cause Panelist of the State Bar, having reviewed this matter pursuant to Rule 54(b), Ariz.R.S.Ct., finds that probable cause exists to believe that Respondent has violated Rule 42, Ariz.R.S.Ct., to wit: ERs 5.1 and 5.5 as follows:

> As a manager in the firm of Parker & Thompson, P.L.L.C., Respondent had a duty to ensure that the Virginia branch of the firm was at all times staffed with a duly licensed Virginia attorney during the pendency of the firm's representation of Elite Heating & Cooling, Inc. in the ***Richardson-Hodges Company v. Elite Heating & Cooling, Inc.*** litigation. After the departure of the firm's only licensed attorney, Respondent unreasonably relied a former partner to engage new local counsel on behalf of the firm, which the former partner failed to do. This placed the firm in the position of engaging in the unauthorized practice of law in order to protect the interests of the firm's client, Elite Heating & Cooling, Inc., until new local counsel could be found. Respondent's conduct in this matter warrants the imposition of an informal reprimand.

**IT IS THEREFORE ORDERED** that:

(1)   Pursuant to Rules 54(b) and 60(a)4, Ariz.R.S.Ct., Respondent is informally reprimanded for such conduct.

(2)   Pursuant to Rules 48(k)3 and 60(a)4, this Order will be entered in the Respondent's permanent record at the State Bar and, pursuant to Rule 70(a)2, is not confidential.  It may also be considered by a hearing officer or committee, the Disciplinary Commission or the Supreme Court in recommending or imposing discipline in a subsequent disciplinary proceeding against Respondent.

**IT IS FURTHER ORDERED**, pursuant to Rule 60(b), Ariz.R.S.Ct., that Respondent shall pay the costs and expenses of these proceedings, as set forth in the attached Statement of Costs and Expenses, within thirty (30) days of receipt of this Order.

**PURSUANT TO** Rule 54(b)5, Ariz.R.S.Ct., you have the right to contest this Order of Reprimand, and instead, demand that a formal proceeding be instituted.  Your demand should be lodged with the bar counsel assigned to this matter within ten (10) days of service of this Order of Reprimand.

DATED this _29_ day of _April_____, 2004.

_____
Probable Cause Panelist
State Bar of Arizona
**Jimmie D. Smith**

2

Copy mailed by regular first class mail and by certified mail this _6th_ day of _May_, 2004, to:

Timothy J. Burke
Fennemore Craig
3003 N. Central Avenue, Suite 2600
Phoenix, Arizona  85012-2913
Respondent's Counsel

Copy hand-delivered this _6th_ day of _May_, 2004, to:

Sandra Montoya
Lawyer Regulation Records Manager
State Bar of Arizona
111 West Monroe St.  Suite 1800
Phoenix, Arizona 85003

by: _Lynn Boardman_
       CMP:lb





STATE BAR
of ARIZONA

Statement of Costs and Expenses
Jerald C. Thompson, Respondent

No. 03-1974

Administrative Expenses

The Board of Governors of the State Bar of Arizona has adopted a schedule of administrative expenses to be assessed in disciplinary proceedings. The administrative expenses were determined to be a reasonable amount for those expenses incurred by the State Bar of Arizona in the processing of a disciplinary matter.

Factors considered in the administrative expense are time expended by staff bar counsel, paralegal, secretaries, typists, file clerks and messenger; and normal postage charges, telephone costs, office supplies and all similar factors generally attributed to office overhead. As a matter of course, administrative costs will increase based on the length of time it takes a matter to proceed through the adjudication process.

**General Administrative Expenses for above-numbered proceedings**   =   **$300.00**

Costs

Additional costs incurred by the State Bar of Arizona in the processing of this disciplinary matter and not included in administrative expenses are itemized below.

*INVESTIGATOR/AUDITOR CHARGES*

**Total for Investigator/Auditor Charges**                                    $ -0-

*MISCELLANEOUS CHARGES (copy of invoice or reimbursement form attached)*

**Total Miscellaneous Charges**                                                $ -0-

*Total Costs and Expenses Incurred by the State Bar of Arizona    $300.00*

_____          4-21-04
Sandra Montoya                                              Date
Lawyer Regulation Records Manager

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL PROPANE GAS ASSOCIATION; and<br><br>GORHAMS', INC., d/b/a NORTHWEST GAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; and<br>The Honorable MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security,<br><br>    Defendants. | Case No. 1:08-CV-99 (RWR)<br><br>ADMINISTRATIVE AGENCY REVIEW |

## ORDER ON MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(d), having reviewed the Motion to Appear *pro hac vice* by Jerald Clive Thompson, and being fully advised in the premises, the Court hereby

ORDERS

That Jerald Clive Thompson of Arizona is hereby admitted to appear *pro hac vice* on behalf of Plaintiffs The National Propane Gas Association and Gorhams', Inc., doing business as Northwest Gas, in all matters involved in this proceeding.

DONE in open Court this _____ day of January, 2008.

_____
Judge of the United States District Court
District of Columbia

1761923