**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE NATIONAL PROPANE GAS ASSOCIATION; and**<br><br>**GORHAMS', INC., d/b/a NORTHWEST GAS,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; and**<br><br>**The Honorable MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security,**<br><br>**Defendants.** | ) | **Case No. 1:08-CV-99 (RWR)** |

**PLAINTIFFS' UNOPPOSED MOTION TO SUSPEND THE DEADLINES IN THIS CASE, OR IN THE ALTERNATIVE, TO ENLARGE THE DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiffs The National Propane Gas Association and Gorhams', Inc. (collectively "NPGA"), respectfully request the Court to suspend the currently pending deadlines in this case and schedule a status conference with the parties to be held on or around July 11, 2008. In the alternative, Plaintiffs move that the Court extend Defendants' response date to Plaintiffs' Complaint to July 11, 2008.

Counsel for Plaintiffs have conferred with counsel for Defendants, who do not oppose the relief requested in this motion.

## STATEMENT OF POINTS AND AUTHORITIES

### I. BACKGROUND

NPGA commenced this action on January 17, 2008 with the filing of the Summons and Complaint (Doc. # 1), accompanied by an Application for Temporary Restraining Order and Preliminary and Permanent Injunction (Doc. # 3). The Court denied the application for a temporary restraining order and preliminary injunction on January 20, 2008 (Doc. # 6).

The case seeks judicial review under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, of the Chemical Facility Anti Terrorism Standards ("CFATS") promulgated by DHS. 72 Fed. Reg. 17,688 (April 9, 2007); 72 Fed. Reg. 65,396 (Nov. 20, 2007). The CFATS were promulgated by DHS in accordance with Section 550 of the Department of Homeland Security Appropriations Act, 2007. Pub. L. No. 109-295, 120 Stat. 1355.

Service upon the United States was effected in accordance with Fed. R. Civ. P. 4(i). Responsive pleadings are due April 7, 2008. Doc. # 7; Fed. R. Civ. P. 12(a)(3)(A).

### II. DISCUSSION

Fed. R. Civ. P. 6(b)(1) permits the Court to enlarge any period during which an act is required by the rules to be done "for cause shown." A motion requesting such an enlargement of the period is to be submitted "before the expiration of the period originally prescribed or as extended by a previous order." *Id.*

Plaintiffs understand that Congress is currently considering legislation relating to the CFATS. Plaintiffs believe that such legislation, if enacted, may address some of the claims at issue in this case and may change the legal analysis and briefing required to address those claims. Moreover, it is Plaintiffs' belief that such legislation, if enacted, could potentially render the case moot.

In the event that any potential legislation is enacted that significantly affects the CFATS, any motions or briefs filed before any such legislation, if enacted, would likely need to be revised and refiled afterwards, creating an unnecessary expense and burden for the parties and the Court. Moreover, because any legislation that may be enacted might moot Plaintiffs' case (in whole or in part) or might otherwise affect future proceedings in this case, briefs or motions filed in the meantime could represent a wholly wasted effort.

Accordingly, Plaintiffs file this motion to conserve the litigants' and the Court's resources by suspending or delaying all present deadlines in the case to allow the legislative process to take place. If a change is made that affects the regulations in this case, the parties would then have an opportunity to evaluate the case in light of it.

At present, there is one pending deadline in the case. The Defendants' response to Plaintiffs' Complaint is due on April 7, 2008. The parties have not previously requested any extension of this deadline.

Plaintiffs respectfully move that the Court suspend the present deadline in the case and schedule a telephonic status conference with the parties to be held on or about July 11, 2007. At the status conference, the parties could inform the Court of any legislative developments, and the Court could set any necessary schedules based on that

information. If the new legislation mooted the case or made further prosecution of the case unnecessary for the Plaintiffs, then Plaintiffs would consider voluntarily dismissing its case.

In the alternative, Plaintiffs move that the Court extend the pending deadline for Defendants' response to Plaintiffs' Complaint to July 11, 2008. To respond to the Complaint, a highly voluminous Administrative Record must be compiled by DHS, evaluated by the parties, and submitted to the Clerk's Office in accordance with Local Rule 7(n). In addition, an appendix of the relevant sections of the Administrative Record would have to be reviewed and agreed upon by the parties before a responsive pleading could be filed.

A proposed order is attached.

## III. CONCLUSION

For the reasons stated herein, the Plaintiffs respectfully request that the Court suspend the deadlines in the case and schedule a telephonic status conference with the parties to be held on or about July 11, 2007. In the alternative, the Plaintiffs respectfully request that the Court enlarge Defendants' deadline to file any responsive pleading to Plaintiffs' Complaint by July 11, 2008.

. . .

. . .

. . .

. . .

. . .

RESPECTFULLY SUBMITTED this 14th day of March, 2008.

GALLAGHER & KENNEDY, P.A.

By: *__/s/Jerald C. Thompson__*

Jerald C. Thompson, Applicant
*Pro Hac Vice*
2575 E. Camelback Road
Phoenix, AZ 85016-9225
Telephone: (602) 530-8110
Facsimile: (602) 530-8500
Jerry.Thompson@gknet.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE NATIONAL PROPANE GAS ASSOCIATION; and** | ) | |
| | ) | **Case No. 1:08-CV-99 (RWR)** |
| **GORHAMS', INC., d/b/a NORTHWEST GAS,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY; and** | ) | |
| **The Honorable MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security,** | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on March 14, 2008, I caused to be served on the Defendants' counsel the foregoing Plaintiffs' Unopposed Motion to Suspend the Deadlines in this Case, or in the Alternative, to Enlarge the Deadlines, as well as a proposed form of Order, via email.

. . .

. . .

. . .

. . .

. . .

RESPECTFULLY SUBMITTED this 14th day of March, 2008.

GALLAGHER & KENNEDY, P.A.

___/s / *Jerald C. Thompson*___________

Jerald C. Thompson
*Pro Hac Vice*
2575 E. Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8110
Facsimile: (602) 530-8500
Jerry.Thompson@gknet.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE NATIONAL PROPANE GAS ASSOCIATION; and**<br><br>**GORHAMS', INC., d/b/a NORTHWEST GAS,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY; and**<br><br>**The Honorable MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security,**<br><br>**Defendants.** | ) | **Case No. 1:08-CV-99 (RWR)** |

**ORDER**

THE COURT, having considered the Plaintiffs' Unopposed Motion to Suspend the Deadlines in this Case, or in the Alternative, to Enlarge the Deadlines, and for cause shown, hereby

ORDERS that all proceedings in this matter shall be stayed until further Order of the Court;

FURTHER, a telephonic status conference is to be held at ___________, on ________________, 2008, the call to be initiated by counsel for Plaintiffs.

SIGNED this _____ day of March, 2008.

____________________________________
RICHARD W. ROBERTS
United States District Judge