IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL PROPANE GAS ASSOCIATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT Of HOME SECURITY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 08-99 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of the undersigned as lead counsel for the defendants the United States Department of Home Security and Secretary of Home Security Michael Chertoff in the above-captioned action.

/s/ Herbert E. Forrest
HERBERT E. FORREST
Trial Attorney -- D.C. Bar 4432
Federal Programs Branch
Civil Division –Room 7112
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2809
Facsimile: (202) 616-8470
Email: herbert.forrest@usdoj.gov

Attorney for Defendants the U.S. Dept.
Dept. of Home Security and Secretary
of Home Security Michael Chertoff

Dated June 24, 2008.