# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL PROPANE GAS ASSOCIATION; and<br><br>GORHAMS', INC., d/b/a NORTHWEST GAS,<br><br>      Plaintiffs,<br><br>  vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; and<br><br>The Honorable MICHAEL CHERTOFF, as Secretary of Homeland Security,<br><br>      Defendants. | Case No. 1:08-CV-99 (RWR) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 18, 2008, Plaintiffs The National Propane Gas Association and Gorhams', Inc. (collectively "NPGA"), and Defendants United States Department of Homeland Security and The Honorable Michael Chertoff, as Secretary of Homeland Security (collectively "DHS"), respectfully submit the following status report.

## LEGISLATIVE DEVELOPMENTS

There are two bills pending in the present Congress which could, if enacted, significantly impact this case as discussed in the Plaintiffs' Unopposed Motion to Suspend the Deadlines in this Case, or in the Alternative, to Enlarge the Deadlines (Doc. # 8). The two bills are H.R. 5533 and H.R. 5577.

1863118

### A. H.R. 5533

H.R. 5533 was introduced by Representative Albert Wynn of Maryland on March 5, 2008. The stated purpose of the bill is "To revise and extend the chemical facility security program under Public Law 109-295, and for other purposes." The House Subcommittee on Environment and Hazardous Materials held hearings on the bill on June 12, 2008. At the present time, there have been no proposed amendments to the bill.

### B. H.R. 5577

H.R. 5577 was introduced by Representative Bennie Thompson of Mississippi on March 11, 2008. The stated purpose of H.R. 5577 is "To amend the Homeland Security Act of 2002 to extend, modify, and recodify the authority of the Secretary of Homeland Security to enhance security and protect against acts of terrorism against chemical facilities, and for other purposes." The House Committee on Homeland Security issued House Report 110-550 on the bill on March 14, 2008. The bill has also been referred to the House Committee on Energy and Commerce, which has granted three extensions for further consideration, the latest of which is to end not later than July 11, 2008. The House Subcommittee on Environment and Hazardous Materials held hearings on H.R. 5577, along with the hearings on H.R. 5533, on June 12, 2008.

## PROPOSED SCHEDULE

Since the two bills are being actively considered by the Congress, it is difficult to discern when, if at all, in this election year, the bills will emerge. The parties have consulted and recommend that the case remain administratively closed; that scheduling of further proceedings be deferred; and that the parties file another joint status report on or

before January 12, 2009. By that time, the parties should have a better understanding of when, or if, either H.R. 5577 or H.R. 5533 will become law, or if the new Congress will be taking up similar versions of either bill. Of course, if H.R. 5577 or H.R. 5533 is enacted into law, the parties will immediately evaluate the impact of that legislation on the case and submit a joint report to the Court within a reasonable time thereafter.

RESPECTFULLY SUBMITTED this 11th day of July, 2008.

GALLAGHER & KENNEDY, P.A.

By: */s/ Jerald C. Thompson*_____
    JERALD C. THOMPSON
    *Pro Hac Vice*
    2575 E. Camelback Road
    Phoenix, AZ 85016-9225
    Telephone: (602) 530-8110
    Facsimile: (602) 530-8500
    Email: Jerry.Thompson@gknet.com

Attorneys for Plaintiffs

| | |
|---|---|
| OF COUNSEL: | GREGORY G. KATSAS |
| MEGHAN G. LUDTKE | Assistant Attorney General |
| Deputy Associate General Counsel | |
| Telephone: (202) 282-8889 | JEFFREY A. TAYLOR |
| Email: meghan.ludtke@dhs.gov | United States Attorney |
| RALPH COLLELI | |
| Attorney Advisor -- D.C. Bar 287920 | SANDRA M. SCHRAIBMAN |
| Office of General Counsel | Assistant Branch Director |
| Telephone: (703) 235-4904 | |
| Email: ralph.colleli@dhs.gov | |
| National Protection and | |
|  Programs Division | |
| Department of Homeland Security | |
| 245 Murray Lane, S.W. | |
| Washington, D.C. 20528 | |

                    By: */s/ Herbert E. Forrest*_____
                          HERBERT E. FORREST
                          Trial Attorney -- D.C. Bar 4432
                          Federal Programs Branch
                          Civil Division - Room 7112
                          United States Department of Justice
                          20 Massachusetts Avenue, N.W
                          Washington, D.C.  20530
                          Telephone:  (202) 514-2809
                          Facsimile:  (202) 616-8470
                          Email:  herbert.forrest@usdoj.gov

                    Attorneys for Defendants

July 11, 2008