IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL PROPANE GAS ASSOCIATION; and <br><br> GORHAMS', INC., <br> d/b/a NORTHWEST GAS, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; and <br><br> The Honorable MICHAEL CHERTOFF, as Secretary of Homeland Security, <br><br> Defendants. | Case No. 1:08-CV-99 (RWR) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs THE NATIONAL PROPANE GAS ASSOCIATION and GORHAMS' INC., doing business as NORTHWEST GAS, hereby give notice that the above captioned case is dismissed.

RESPECTFULLY SUBMITTED this 26th day of August, 2008.

    GALLAGHER & KENNEDY, P.A.

    By: */s/ Jerald C. Thompson*
        JERALD C. THOMPSON
        *Pro Hac Vice*
        2575 E. Camelback Road
        Phoenix, Arizona 85016-9225
        Telephone: (602) 530-8110
        Facsimile: (602) 530-8500

Attorneys for Plaintiffs